Eric K. Fogderude  # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA   93704
Telephone: 559-431-9710
Attorney for Defendant,  JEFFREY RANDALL METCALFE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JEFFREY RANDALL METCALFE,<br><br>　　　　　　　　　　　Defendant. | No.  1:14-cr-00012-LJO-SKO<br><br>**STIPULATION TO CONTINUE ARRAIGNMENT AND ORDER THEREON**<br><br>Date:  January 21, 2014<br>Time:  1:30 p.m.<br>Judge: Honorable Sheila K. Oberto<br>　　　　　United States Magistrate |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that arraignment in the above entitled matter now set for January 21, 2014, may be continued February 3, 2014 at 1:30 p.m.

The parties agree that time shall be excluded pursuant to 18 U.S.C. § 3161, subd. (h) (7) (A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, and plea negotiations taking into account the exercise of due diligence.

Good cause appears due to the Emergency Order Affecting The Transportation of Fresno County Jail Federal Inmates issued by United States District Judge Lawrence J. O'Neill on January 14, 2014.

1

| | |
|---|---|
| DATED:  January 16, 2014 | FLETCHER & FOGDERUDE, INC. |
| | /s/ Eric K. Fogderude                          .<br>ERIC K. FOGDERUDE<br>Attorney for Defendant, JEFFREY METCALFE |
| DATED: January 16, 2014 | Benjamin B. Wagner<br>United States Attorney |
| | /s/  David Gappa                                  .<br>DAVID GAPPA<br>Assistant US Attorney |

## ORDER

Pursuant to the parties' stipulation, the arraignment on the indictment shall be continued from January 21, 2014, at 1:30 p.m. to February 3, 2014, at 1:30 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe.

For the reasons set forth in the parties' stipulation, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time shall be excluded pursuant to 18 U.S.C. §3161 (h)(8)(A) and (B).

IT IS SO ORDERED.

   Dated:   **January 17, 2014**                              **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE