Eric K. Fogderude  # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA   93704
Telephone:  559-431-9710
Attorney for Defendant,  JEFFREY RANDALL METCALFE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>        v.<br><br>JEFFREY RANDALL METCALFE,<br><br>                        Defendant. | No.  1:14-cr-00012 LJO SKO<br><br>**STIPULATION TO CONTINUE STATUS HEARING AND ORDER THEREON**<br><br>Date:  June 2, 2014<br>Time:  1:00 p.m.<br>Judge: Honorable Sheila K. Oberto<br>            United States Magistrate |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the Status Hearing in the above entitled matter now set for May 5 2014, may be continued June 2, 2014 at 1:00 p.m.

The parties agree that time shall be excluded pursuant to 18 U.S.C. § 3161, subd. (h) (7) (A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, and plea negotiations taking into account the exercise of due diligence.

Good cause exists to allow additional time for the defense to examine computer evidence, order additional medical records, and negotiate possible resolution with the government.

1

DATED:  April 22, 2014         FLETCHER & FOGDERUDE, INC.

    /s/ Eric K. Fogderude                        .
ERIC K. FOGDERUDE
Attorney for Defendant, JEFFREY METCALFE


DATED: April 22, 2014          Benjamin B. Wagner

United States Attorney

/s/  David Gappa                                    .
DAVID GAPPA
Assistant US Attorney

## ORDER

IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. §3161, subd.(h)(8)(A) and (B).  For the above stated reasons, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.  Therefore, the court grants the stipulation that the status hearing be continued from May 5, 2014 at 1:00 p.m. to June 2, 2014 at 1:00 p.m.


IT IS SO ORDERED.

  Dated:   **April 24, 2014**                      **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE