Eric K. Fogderude  # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA   93704
Telephone:  559-431-9710
Attorney for Defendant,  JEFFREY RANDALL METCALFE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>       v.<br><br>JEFFREY RANDALL METCALFE,<br><br>                              Defendant. | No.  1:14-CR-00012 LJO SKO<br><br>**REQUEST FOR DISCLOSURE OF PRESENTENCE REPORT AND ORDER** |

JEFFREY METCALFE, by and through his attorney of record, Eric K. Fogderude, does submit this petition/request for disclosure of the presentence report in the case entitled <u>United States vs. Jeffrey Randall Metcalfe</u>, case number 1:99 cr 05366-01.

Local Rule 460(b) dealing with the procedure for further disclosure of the Presentence Report reads as follows:

   (b) Request for Disclosure.  Any applicant seeking an order authorizing further disclosure of a presentence report maintained by the probation office shall file a written petition to the Court establishing with particularity the need for specific information in the records. Requests for disclosure made to probation officers are improper.  The probation officer may seek instruction from the Court with respect to a request and may direct a person seeking release of records to petition the Court.  No disclosure shall be made except upon an order issued by the Court.

///

1

Good cause exists for the disclosure of a copy of the presentence report because defendant Jeffrey Metcalfe is the same person named as the defendant in the presentence report prepared in case number 1:99 cr 05366-01. Further, information contained in the requested PSR is being used by United States Probation Officer Brian Bedrosian in his drafting of a PSR in the current case. Defendant Jeffrey Metcalfe did not retain a copy of the PSR previously provided to him and he does not recall the contents of the report.  Attorney Eric K. Fogderude therefore needs a copy of the report to provide effective assistance of counsel to Mr. Metcalfe.

DATED: July 8, 2014                              FLETCHER & FOGDERUDE, INC.


                                                  /s/ Eric K. Fogderude                    .
                                                 ERIC K. FOGDERUDE
                                                 Attorney for Defendant, JEFFREY METCALFE



**ORDER**

The disclosure of the PSR in <u>United States v Jeffrey Randall Metcalf</u>, case number 1:99 cr 05366-01 under Local Rule 460(b) to defendant's attorney Eric K. Fogderude is granted.

IT IS SO ORDERED.

Dated:   **July 11, 2014**                        **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE