BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY RANDALL METCALFE,<br><br>　　　　　Defendant. | Case No: 1:14-cr-00012 LJO (MCE)<br><br>**JOINT MOTION TO VACATE FEBRUARY 12, 2015 RESTITUTION HEARING; [PROPOSED] ORDER RE SAME**<br><br>Ctrm:　　　3 (Fresno)<br><br>Hon. Morrison C. England, Jr. |

　　　THE PARTIES TO THIS ACTION HEREBY MOVE, by and through their respective attorneys of record, to vacate the restitution hearing set to be heard at 9:00 a.m. on February 12, 2015. The hearing was scheduled at the conclusion of December 3, 2014 sentencing hearing and appears to have been done pursuant to 18 U.S.C. § 3664(d)(5).

　　　The parties base their joint motion on good cause. To explain, since the sentencing hearing, the undersigned counsel for the government took over this prosecution from AUSA David Gappa, who has since left the office for a detail in Eastern Europe. In reviewing the file, it did not appear that any victims in this matter presented restitution claims. On January 30, 2015, the undersigned communicated

1

with AUSA Gappa by email about this matter, who confirmed that he had not received any restitution requests regarding this matter and had planned on moving to vacate the restitution hearing if nothing was submitted to the government in advance of the same. On Sunday, February 1, 2015, the undersigned government counsel also contacted defense counsel about this issue, who responded on February 2, 2015 that "his understanding was the same." Counsel for the government also contacted Judge England's chambers about this matter earlier this week, and was asked pursuant to an email sent to the parties on February 3, 2015 to "file a memorandum requesting to vacate (and or continue) the hearing and state the reason(s) for the request." Accordingly, for the above reasons the parties request that the restitution hearing be taken off calendar.

(As auth. 2/5/15)

Dated: February 5, 2015         By: /s/ Eric K. Fogderude
                                Eric K. Fogderude, Esq.
                                Attorney for Defendant
                                JEFFREY RANDALL METCALFE

Dated: February 4, 2015         BENJAMIN B. WAGNER
                                United States Attorney

                                By: /s/ Brian W. Enos
                                Brian W. Enos
                                Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  February 6, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT