BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00012-LJO-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JEFFREY RANDALL METCALFE, | |
| Defendant. | |

WHEREAS, on August 1, 2014, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Jeffrey Randall Metcalfe in the following property:

   a. All documents and photographs seized from Mr. Metcalfe on December 19, 2013, o include, but not limited to photography books and binders of photographs, loose photographs, and documents written by Mr. Metcalfe including passwords and email addresses.

AND WHEREAS, beginning on January 10, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

1    AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject
2 property, and the time for any person or entity to file a claim has expired.
3    Accordingly, it is hereby ORDERED and ADJUDGED:
4    1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of America
5 all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), to be disposed
6 of according to law, including all right, title, and interest of Jeffrey Randall Metcalfe.
7    2.    All right, title, and interest in the above-listed property shall vest solely in the name of
8 the United States of America.
9    3.    The Department of Homeland Security, Customs and Border Protection shall maintain
10 custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **March 17, 2015**        /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

FINAL ORDER OF FORFEITURE

2